JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GO-FRESH PRODUCE, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>MARTIN CORIA, also known as MARTIN PARRA CORIA, also known as, MARTIN CORIA PARRA, individually and doing business as VALLEY WEST PRODUCE, a sole proprietorship,<br><br>　　　　　Defendant. | CASE NO.  CV 11-02877 MMM (DTBx)<br><br>JUDGMENT FOR PLAINTIFF |

　　　On December 31, 2011, the court entered an order granting plaintiff's motion for entry of default judgment.  Accordingly,

　　　IT IS ORDERED AND ADJUDGED

　　1. That plaintiff recover the sum of $34,944.08 from defendant, comprising $28,531.00 in unpaid principal amounts, $2,389.84 in prejudgment interest, and $4,023.24 in attorneys' fees and costs;

2. That the entire amount of the judgment – including principal, prejudgment interest and attorneys' fees and costs – bear post-judgment interest at the rate of 0.07%; and

3. That the action be, and it hereby is, dismissed.

DATED: December 31, 2011

_Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

2